IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHIRLEY JOHNSON,           )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>WELLS FARGO BANK, INC.,     )<br>                            )<br>    Defendant.              ) | CIVIL ACTION NO.<br>2:14cv1145-MHT<br>(WO) |

## OPINION

Plaintiff filed this lawsuit asserting that the defendant bank negligently closed her account and froze a check she had deposited in the account, and by doing so caused her significant financial problems and damages. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of May, 2016.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE